**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 19 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| WILLIENE JACKSON-JONES, individually and on behalf of all others situated,<br><br>        Plaintiff - Respondent,<br><br> v.<br><br>EPOCH EVERLASTING PLAY, LLC, a Delaware limited liability company and AMAZON.COM SERVICES, LLC, a Delaware corporation,<br><br>        Defendants - Petitioners. | No. 24-5744<br><br>D.C. No. 2:23-cv-02567-ODW<br>Central District of California, Los Angeles<br><br>ORDER |

Before: S.R. THOMAS and COLLINS, Circuit Judges.

The motion (Docket Entry No. 7) for leave to file a reply in support of the petition for permission to appeal is granted.

The petition for permission to appeal is granted. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing factors this court considers in analyzing a Rule 23(f) petition). Within 14 days, petitioners must comply with Federal Rule of Appellate Procedure 5(d)(1).